**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **BRYANT LEE and JUANITA GASTON,** | : |
| **Plaintiff,** | : |
| v. | : NO. 22-cv-01233-MSG |
| **6209 MARKET STREET, LLC,** *et al.*, | : |
| **Defendants.** | : |

_____

**CERTIFICATE OF SERVICE**

      I, Roger V. Ashodian, hereby certify that on December 9, 2022, a copy of Appellant's Opening Brief was served on the following parties via Court-generated ECF Notice and/or I served a copy by e-mail or by first class mail, postage prepaid, as indicated below, to the following addresses:

| | |
|---|---|
| 6209 Market Street, LLC, and<br>  Dan and Adnan Achek, h/w<br>c/o Richard J. Weitzman, Esquire<br>Richard J. Weitzman, P.C.<br>150 N. Radnor Chester Road, Suite F-200<br>Radnor, PA  19087 | (ECF Notice and e-mail to rich@rjweitzmanlaw.com) |
| Goehring Rutter & Boehm, a/k/a GRB Law<br>c/o Jane C. Schleichter, Esquire<br>GRB Law<br>1425 Spruce Street, Suite 100<br>Philadelphia, PA  19102 | (ECF Notice and e-mail to jschleichter@grblaw.com) |

(continued on next page)

Service List (continued)

| | |
|---|---|
| Jewell Williams and City of Philadelphia<br>c/o Megan N. Harper, Esquire<br>Deputy City Solicitor<br>City of Philadelphia Law Revenue Bureau<br>1401 JFK Blvd., 5th Floor<br>Philadelphia, PA  19102 | (ECF Notice and e-mail to Megan.Harper@phila.gov) |
| Pamela Y. Wood<br>2005 North 61st Street<br>Philadelphia, PA  19151 | (First Class Mail) |
| Managing Partner or General Agent<br>Bey Brown Wood Paralegal<br>  Community Service<br>2005 North 61st Street<br>Philadelphia, PA  19151 | (First Class Mail) |
| Neekoo Gumby, a/k/a Neeko Gumby<br>6823 Woodland Avenue, Apt. B<br>Philadelphia, PA  19142 | (First Class Mail) |
| Kenneth E. West, Esquire<br>Chapter 13 Standing Trustee<br>Attention:  Leroy Etheridge, Esquire<br>1234 Market Street – Suite 1813<br>P.O. Box 40837<br>Philadelphia, PA  19107 | (E-mail to LEtheridge@ph13trustee.com) |
| Frederic J. Baker, Esquire<br>Sr. Assistant United States Trustee<br>Robert NC Nix, Sr. Federal Building<br>900 Market Street, Suite 320<br>Philadelphia, PA  19107 | (E-mail to ustpregion03.ph.ecf@usdoj.gov) |

(continued on next page)

Service List (continued)

Bryant Lee and Juanita Gaston    (First Class Mail)
85 Bartram Avenue
Lansdowne, PA  19050

REGIONAL BANKRUPTCY CENTER OF SOUTHEASTERN PA, P.C., by:

_____
Roger V. Ashodian
Attorney ID #42586
101 West Chester Pike, Suite 1A
Havertown, PA  19083
(610) 446-6800

<u>Attorney for Appellants</u>