# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRYANT LEE and JUANITA GASTON,** a/k/a **JUANITA GASTON LEE,** <br><br> **Plaintiffs/Appellants,** <br><br> v. <br><br> **6209 MARKET STREET, LLC,** *et al.,* <br><br> **Defendants/Appellees.** | **Case No. 22-CV-01233-MSG** |

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED, that on January 6, 2023, a true and correct copy of the Response Brief for Appellees Jewell Williams, Sheriff and the City of Philadelphia has been served electronically via the Court's CM/ECF system upon the following parties:

Roger V. Ashodian
Regional Bankruptcy Center of SE PA
101 West Chester Pike, Suite 1A
Havertown, PA 19083
*Counsel for Appellants Bryant Lee and Juanita Gaston a/k/a Juanita Gaston Lee*

Richard J. Weitzman, Esquire
3 N. 2nd Street; Suite 200
Philadelphia, PA 19106
*Counsel for Appellee 6209 Market Street, LLC*

Jane C. Schleichter, Esquire
GRB Law
1420 Spruce Street, Suite 100
Philadelphia, PA 19102
*Counsel for Goehring Rutter & Boehm*

By:  */s/ Megan N. Harper, Esq.*           Dated: January 6, 2023
     Senior Attorney