**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRYANT LEE and JUANITA GASTON,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| *Plaintiffs*, | : | |
| | : | |
| **v.** | : | |
| | : | **NO.  22-1233** |
| **6209 MARKET STREET, LLC,** *et al.* | : | |
| | : | |
| *Defendants*. | : | |
| | : | |

## ORDER

     **AND NOW**, this 10th day of July, 2023, upon consideration of Appellants' Opening Brief (Doc. No. 11), Appellee 6209 Market Street, LLC's Brief (Doc. No. 13), and Appellee City of Philadelphia and Jewell Williams's Brief (Doc. No. 14) it is hereby **ORDERED** that the March 15, 2022 Order of the United States Bankruptcy Court for the Eastern District of Pennsylvania granting summary judgment against Appellants is hereby **AFFIRMED**.

     The Clerk of Court shall mark this case **CLOSED**.

                  **BY THE COURT:**

                  */s/ Mitchell S. Goldberg*
                  **MITCHELL S. GOLDBERG, J.**